FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE
CIVIL RIGHTS ACT, 42 U.S.C. § 1983, WITH JURISDICTION
UNDER 28 U.S.C. § 1343

## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

ENGLESBOBB; ANTHONY J.          )
[Enter above the full name of   )
the plaintiff in this action]   )
                                )
v.                              )          Docket no.
                                )
MAINE DEPARTMENT OF CORRECTIONS )
                                )
_____)
                                )
_____)
[Enter above the full name of   )
the defendant(s) in this action])

1.  Previous Lawsuits

    1.  Have you begun other lawsuits in state or federal court dealing with the
        same facts involved in this action or otherwise relating to your
        imprisonment?      Yes [ ]     No [ ✓ ]

    2.  If your answer to "A" is yes, describe the lawsuit in the space below.
        [If there is more than one lawsuit, describe the additional lawsuits on
        another piece of paper, using the same outline]

        1. Parties to this previous lawsuit

            Plaintiff(s)    _____

            Defendant(s)    _____
                            _____

        2. Court [If federal court, name the district; if state court, name the county]
            KNOX _____

        3. Docket number    _____

4. Name of judge whom case was assigned _____

5. Outcome [for example: It is still pending? Was it dismissed? Was it appealed] _____

6. Approximate date of filing lawsuit OCTOBER 26, 2022

7. Approximate date of outcome _____

II. Place of present confinement MAINE STATE PRISON

A. Is there a prisoner grievance procedure in this institution?
Yes [✓]   No [ ]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes [✓]   No [ ]

C. If your answer is "Yes"

1. What steps did you take? GRIEVANCE LEVEL 1 AND LEVEL 2.

2. What was the result? DISMISSED AND NOT EVEN INVESTIGATED.

III. Parties

[In item "A" below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.]

A. Name of Plaintiff ENGLESBOBB, ANTHONY: J.

Address 807 CUSHING ROAD, WARREN, MAINE 04864

[In item "B" below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item "C" for the names, positions, and places of employment of any additional defendants.]

B. Name of Defendant DOYLE

Position SGT.

Address MAINE STATE PRISON, DEPARTMENT OF CORRECTIONS

C. Additional Defendant(s) CHRISTOPHER CLANCY; D. SNOW; JOSEPH R. THERIAULT; RYAN RICHARDS; CAPTAIN DUPPERRE

IV. Statement of Claim

[State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.]

I WAS VERBALLY ASSAULTED BY SGT. DOYLE ON 9/28/22 AT 17:15. HE CALLED ME A "RETARDED MONKEY." I WAS THEN SENT TO AD SEG AND ALL MY COMMISSARY ITEMS WERE STOLEN/DISCARDED. I HAD DRUGS PLANTED ON ME. I WAS STRIP SEARCHED ON CAMERA. CHRISTOPHER CLANCY, D. SNOW, CAPTAIN DUPPERRE MADE FALSE STATEMENTS IN WHICH

22. Relief

[State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.]

I WOULD LIKE ALL THE GOOD TIME DAYS THAT WERE TAKEN RETURNED; REIMBURSEMENT FOR ITEMS STOLEN/DISCARDED; PERMANENT MARK ON ALL DEFENDANTS EMPLOYEE FILE STATING WHAT THEY DID; TERMINATION OF THEIR EMPLOYMENT FROM DEPARTMENT OF CORRECTIONS

Signature of Plaintiff

Signed this 26 day of OCTOBER, 2022

I declare under penalty of perjury that the foregoing is true and correct.

OCTOBER 26, 2022
Date

Signature of Plaintiff

PLAINTIFF                                    OCTOBER 26, 2022
ENGLES BOBB, "ANTHONY." J.

IV. STATMENT OF CLAIM     CTD.

(N) THE VIDEO FOOTAGE WOULD HAVE SHOWN. JOSEPH R. THERIAULT AND RYAN RICHARDS DID NOT INVESTIGATE DISCIPLINARY CASE NO. MSP-2022-814 AND CASE NO. MSP-2022-815 CORRECTLY. THEY ONLY SPEN 60 SECONDS INVESTIGATING THE INCIDENT. WHEN I REQUESTED THE VIDEO FOOTAGE, IT WAS UNAVAILABLE.