**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| ANTHONY ENGLESBOBB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Docket no. 1:22-cv-00351-GZS |
| | ) |
| MAINE DEPARTMENT OF | ) |
| CORRECTIONS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ON RECOMMENDED DECISIONS**

On March 14, 2023, the United States Magistrate Judge filed with the Court his Recommended Decision after Review of Plaintiff's Complaint (ECF No. 13), which recommended sua sponte dismissal of the original Complaint (ECF No. 1). On May 10, 2023, the United States Magistrate Judge filed with the Court his Supplemental Recommended Decision after Review of Plaintiff's Complaint (ECF No. 19), which reviewed the Amended Complaint (ECF No. 18) in accordance with 28 U.S.C. § 1915(e)(2) & 1915A(a). Plaintiff filed his Amended Objection (ECF No. 22) on June 20, 2023.

The Court has made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision and concurs with the recommendations of the Magistrate Judge for the reasons set forth in that order. As a result, the Court determines that no further proceedings are necessary with respect to this Recommended Decision.

It is therefore **ORDERED** that:

1. The March 13, 2023 Recommended Decision (ECF No. 13) is **DENIED** as **MOOT** in light of the filing of the Amended Complaint.

2. The May 10, 2023 Recommended Decision (ECF No. 19) is hereby **AFFIRMED**.

3. Plaintiff's Amended Complaint (ECF No. 18) shall proceed to the extent it states a claim under the Fourteenth Amendment for violation of due process.

4. All other claims asserted in the Amended Complaint are hereby **DISMISSED** for failure to state a claim in accordance with 28 U.S.C. § 1915A(b)(1).

SO ORDERED.

                                              /s/ George Z. Singal
                                              United States District Judge

Dated this 6th day of July, 2023.